# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHARLES SCHWAB & CO. INC.,

    Plaintiff,

v.

ROBERT LAGRANT,

    Defendant.

Case No. 17-CV-340-JPS

**ORDER**

  On September 1, 2017, the parties filed a joint motion for entry of a permanent injunction in accordance with the terms of their settlement agreement. (Docket #13). The Court has reviewed the terms of the proposed injunction and has no quarrel with them. The Court will, therefore, enter the proposed injunction as a separate order and dismiss this action without prejudice, as the parties have requested. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); (Docket #13-1 at 4).

  Accordingly,

  **IT IS ORDERED** that the parties' joint motion for entry of a stipulated permanent injunction (Docket #13) be and the same is hereby **GRANTED**; and

  **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

  Dated at Milwaukee, Wisconsin, this 20th day of September, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge